1128

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFONZIA GOODWIN, Appellant. [778 NYS2d 409]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Wayne County Court, Dennis Kehoe, J.—Robbery, 1st Degree.) Present—Wisner, J.P., Hurlbutt, Gorski, Martoche and Hayes, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY LEGGETTE, Appellant. [778 NYS2d 735]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Monroe County, Donald J. Mark, J.—Robbery, 2nd Degree.) Present—Wisner, J.P., Hurlbutt, Gorski, Martoche and Hayes, JJ.